Tammy B. BELL, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

Department of Justice, Intervenor.

No. 2014–3117.

United States Court of Appeals, Federal Circuit.

June 8, 2015.

Malcolm Xerxes Larvadain, Law Office of Malcolm X. Larvadain, Inc., Alexandria, LA, argued for petitioner.

Sara B. Rearden, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by Bryan G. Polisuk.

Hillary Stern, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by Joyce Branda, Robert E. Kirschman, Jr., Reginald T. Blades, Jr.

PROST, Chief Judge, LOURIE and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Ronald Henry, Kaye Scholer LLP, Washington, DC, argued for plaintiff-appellant. Also represented by ROBERT John Wagman, Jr., David M. Hibey.

Matthew Paul Roche, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Kirk T. Manhardt.

PROST, Chief Judge, LOURIE and REYNA, Circuit Judges.

## JUDGMENT